# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MICRO MODULAR TECHNOLOGIES PTE. LTD., a Singapore private limited company; et al., <br><br> Plaintiffs, <br><br> v. <br><br> ATHEROS COMMUNICATIONS, INC., a Delaware corporation; et al., <br><br> Defendants. <br><br> AND RELATED CROSS-ACTION. | Case No. SACV 10-443-JAK (MLGx) <br><br> **JUDGMENT** <br><br> **JS-6: u-Nav Microelectronics Corporation Only** |

HAMPTON HOLLEY LLP
2101 East Coast Highway, Suite 260
Corona del Mar, California 92625

4830-4042-5231 - v. 1

Pursuant to the jury's verdict, delivered following trial by way of the Special Verdict Form dated and filed June 14, 2012, it is ORDERED AND ADJUDGED as follows:

Judgment is entered for plaintiffs and against defendant u-Nav Microelectronics Corporation on plaintiffs' claims for breach of written contracts and breach of express warranties. Plaintiff Micro Modular Technologies Pte. Ltd. is awarded $2,839,729.00 in damages, $ _____ in attorneys' fees, and $_____ in costs.

IT IS SO ORDERED.

DATED:  June 27, 2012                    _____
                                         United States District Judge
                                         HON. JOHN A. KRONSTADT

4830-4042-5231 - v. 1