HAMPTON HOLLEY LLP
2101 East Coast Highway, Suite 260
Corona del Mar, California 92625

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MICRO MODULAR TECHNOLOGIES PTE. LTD., a Singapore private limited company; et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ATHEROS COMMUNICATIONS, INC., a Delaware corporation; et al.,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. SACV 10-443-JAK (MLGx)<br><br>**AMENDED JUDGMENT AGAINST DEFENDANT U-NAV MICROELECTRONICS CORPORATION** |

4846-2204-8274 - v. 1

Pursuant to the jury's verdict, delivered following trial by way of the Special Verdict Form dated and filed June 14, 2012, it is ORDERED AND ADJUDGED as follows:

Judgment is entered for plaintiffs and against defendant u-Nav Microelectronics Corporation on plaintiffs' claims for breach of written contracts and breach of express warranties.  Plaintiff Micro Modular Technologies Pte. Ltd. is awarded $2,839,729.00 in damages, $224,000 in attorneys' fees, and $13,890.28 in costs.

IT IS SO ORDERED.

DATED:  June 27, 2012

_____
United States District Judge
HON. JOHN A. KRONSTADT

HAMPTONHOLLEY LLP
2101 East Coast Highway, Suite 260
Corona del Mar, California 92625